# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAPITAL CONSTRUCTION, INC., CAPITAL ENTERPRISES/CAPITAL CONSTRUCTION, INC., and JUSTIN B. HERTER, | ) ) ) ) ) |
| Defendants. | ) |

Case No. 2:17-cv-02374-JPM-tmp

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Motion for Entry of Consent Order and Permanent Injunction, filed on February 28, 2018 (ECF No. 25), and the Court having entered a Consent Order and Permanent Injunction (ECF No. 26),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Order and Permanent Injunction, Defendants Capital Construction, Inc., Capital Enterprises/Capital Construction, Inc., and Justin B. Herter (collectively, "Defendants") shall make payments totaling $188,224.80 in the manner set forth in the Consent Order and Permanent Injunction. Defendants are hereby permanently enjoined from violating the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq. as set forth in the Consent Order and Permanent Injunction. The Court retains jurisdiction for the purposes of enforcing the terms of the the Consent Order and Permanent Injunction.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

March 5, 2018
Date